In the Matter of the Application and Petition of THE CITY OF NEW YORK, Respondent, to Acquire Certain Real Estate at Mohansic Lake and Little Mohansic Lake, in the Town of Yorktown, Westchester County, New York, under the Greater New York Charter and Pursuant to Chapter 543 of the Laws of 1925, to Be Acquired for the Sanitary Protection of the Water Supply of the City of

New York. KENNETH B. TROUSDELL and Others, Appellants; AMAWALK NURSERY' INC., Respondent.— Order setting aside first separate report of commissioners of appraisal, directing that a new hearing be had, and appointing a new commission, unanimously affirmed, with costs to respondent The City of New York. The stipulated visitation of the premises by the Special Term and the reliable testimony in the case warranted the conclusion that the meadow and marsh lands were not available for development purposes in the circumstances disclosed, and that the awards were excessive. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.